☒ FILED     ☐ LODGED

# Nov 13 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GUILLERMO COONEY #37364
Name and Prisoner/Booking Number

A.S.P.C. - EYMAN - S.U.U. I
Place of Confinement

POST OFFICE BOX - 4000
Mailing Address

FLORENCE, ARIZONA - 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

GUILLERMO COONEY #37364                )
(Full Name of Plaintiff)         Plaintiff,   )
                                              )
                                              )
                        vs.                   )   CASE NO. _____
                                              )           (To be supplied by the Clerk)
(1)          CORIZON - H.C.P.          ,      )
(Full Name of Defendant)                      )
(2)                                     ,     )   JURY TRIAL DEMANDED
                                              )   **CIVIL RIGHTS COMPLAINT**
(3)                                           )   **BY A PRISONER**
                                              )
(4)                                    ,      )   ☒ Original Complaint
                 Defendant(s).                )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: A.S.P.C. - EYMAN-S.U.U. I PDBox-4000 Florence, Arizona-85132.

Revised 5/1/2013                              1                          **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _CORIZON-H.C.P._. The first Defendant is employed as:
_HEALTHCARE PROVIDERS_ at_A.S.P.C.-EYMAN-S.M.U.I FLORENCE, ARIZONA 85132._
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _16_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _GUILLERMO COONEY_ v. _PATRICIA GONZALEZ_
      2. Court and case number: _PIMA COUNTY JUSTICE COURT CV12-004612_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _PLAINTIFF WAS GRANTED JUDGEMENT_.

   b. Second prior lawsuit:
      1. Parties: _GUILLERMO COONEY_ v. _SHAMROCK FOODS COMPANY_
      2. Court and case number: _PIMA COUNTY JUSTICE COURT CV12-000319_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _CASE WAS DISMISSED_

   c. Third prior lawsuit:
      1. Parties: _GUILLERMO COONEY_ v. _PAULETTE SHANNON_
      2. Court and case number: _PIMA COUNTY JUSTICE COURT CV12-002261_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _CASE IS STILL PENDING._

                                                    ( CONT. TO PG. 2-A1 )

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# — C PREVIOUS LAWSUITS —

D. FOURTH PRIOR LAWSUIT:

1. PARTIES — GUILLERMO COONEY — VS.— FRANK PEREZ

2. COURT AND CASE NUMBER — PIMA COUNTY JUSTICE COURT — CV12-004610

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE WAS DISMISSED.

E. FIFTH PRIOR LAWSUIT:

1. PARTIES — GUILLERMO COONEY — VS.— GUS PEREZ

2. COURT AND CASE NUMBER — PIMA COUNTY JUSTICE COURT — CV12-002259

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE IS STILL PENDING DUE TO LOST CIVIL SUMMONS COMPLAINT.

F. SIXTH PRIOR LAWSUIT:

1. PARTIES — GUILLERMO COONEY — VS.— TERESA RUIZ

2. COURT AND CASE NUMBER — PIMA COUNTY JUSTICE COURT — CV12-002226

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE IS STILL PENDING DUE TO LOST CIVIL SUMMONS COMPLAINT.

G. SEVENTH PRIOR LAWSUIT:

1. PARTIES — GUILLERMO COONEY — VS.— ROSANNE ORTIZ

2. COURT AND CASE NUMBER — PIMA COUNTY JUSTICE COURT — CV12-004606

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE IS STILL PENDING

H. EIGHTH PRIOR LAWSUIT:

1. PARTIES — GUILLERMO COONEY — VS.— PIMA COUNTY JAIL

2. COURT AND CASE NUMBER — PIMA COUNTY JUSTICE COURT — CV12-002231

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE WAS DISMISSED

(PG. 2-A1)

(CONT. TO PG. 2-A2)

# - C PREVIOUS LAWSUITS -

**I. NINETH PRIOR LAWSUIT:**

1. PARTIES - GUILLERMO COOLEY   - VS. -   CHRIS LARSON
2. COURT AND CASE NUMBER - PIMA COUNTY JUSTICE COURT - CV12-002260
3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING)
CASE WAS DISMISSED DUE TO OUT OF STATE RESIDENT

**J. TENTH PRIOR LAWSUIT:**

1. PARTIES - GUILLERMO COOLEY   - VS. -   GILBERT TREJO
2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-02021
3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING)
CASE WAS DISMISSED

**K. ELEVENTH PRIOR LAWSUIT:**

1. PARTIES - GUILLERMO COOLEY   - VS. -   CAROLYN LANE
2. COURT AND CASE NUMBER - U.S FEDERAL DISTRICT COURT - CV12-02021
3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING)
CASE WAS DISMISSED

**L. TWELVETH PRIOR LAWSUIT:**

1. PARTIES - GUILLERMO COOLEY - VS -   BERNAL
2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-03268
3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE WAS DISMISSED

**M. THIRTEEN PRIOR LAWSUIT:**

1. PARTIES - GUILLERMO COOLEY - VS -   CLARENCE D. RUIK
2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-00811
3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
CASE WAS DISMISSED

# - C PREVIOUS LAWSUITS -

## N. FOURTEENTH PRIOR LAWSUIT:

1. PARTIES - GUILLERMO COOLEY - VS - D.O.C. EYMAN COMPLEX - MAILROOM

2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-02380

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?

CASE WAS DISMISSED

## O. FIFTEENTH PRIOR LAWSUIT:

1. PARTIES - GUILLERMO COOLEY - VS - BARBARA DANIELS

2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-02526

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING)?

CASE WAS DISMISSED

## P. SIXTEENTH PRIOR LAWSUIT:

1. PARTIES - GUILLERMO COOLEY - VS - CAROL GRANT/WEXFORD HEALTH SERCES

2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-00201

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?

CASE WAS DISMISSED

## Q. SEVENTEENTH PRIOR LAWSUIT:

1. PARTIES - GUILLERMO COOLEY - VS - CAROL GRANT/WEXFORD HEALTH SERCES

2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-00201

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?

CASE WAS DISMISSED

## R. EIGHTEENTH PRIOR LAWSUIT:

1. PARTIES - GUILLERMO COOLEY - VS - DOUG CLARK

2. COURT AND CASE NUMBER - U.S. FEDERAL DISTRICT COURT - CV12-00310

3. RESULT: (WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?

THIS CASE IS STILL PENDING

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 8TH AMENDMENT CIVIL RIGHT TO MEDICAL CARE VIOLATING MEDICAL ABUSE, MEDICAL NEGLECT, MEDICAL MALPRACTICE AND CRUEL AND UNUSUAL PUNISHMENT ADUE PROCESS. (CONT. TO PG. 3A-1)

2.   **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail                ☐ Access to the court      ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property            ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____ .

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

THE CORIZON CORPORATION, IS A HEALTH CARE PROVIDER. WHO ON MARCH. 4, 2013, WAS HIRED THRU A BINDING CONTRACT BY THE ARIZONA DEPARTMENT OF CORRECTIONS. (SEE PG. 3A-2)
CORIZON WAS HIRED ON MARCH 4, 2013 BY THE ARIZONA DEPARTMENT OF CORRECTIONS, BY CONTRACT. AS HEALTH CARE PROVIDERS. TO AND FOR ALL THE INMATES OF THE ARIZONA DEPARTMENT OF CORRECTIONS. IN AGREEMENT TO THE ARIZONA DEPARTMENT OF CORRECTIONS TO FULLY ASSUME THE RESPONSIBILITIES, AS THE NEW HEALTH CARE PROVIDERS. TO ADEQUATE PERFORMANCES TO MEDICAL CARE. TO ALL THE INMATES OF THE ARIZONA DEPARTMENT OF CORRECTIONS. TO ASSURE QUALITY HEALTHCARE AND TREATMENT TO ALL INMATES, WITH PROPER QUALIFIED EMPLOYEES. TO PROVIDE PROPER QUALIFIED AND ADEQUATE HEALTHCARE AND TREATMENT WITH QUALIFIED EMPLOYEES. SUCH NEEDED ON SITE AT THE MEDICAL FACILITY OF ALL INSTITUTIONS OF THE ARIZONA DEPARTMENT OF CORRECTIONS. 24 HRS. A DAY OR A CALL. A DOCTOR A MEDICAL DOCTOR BY DEGREE. NOT A FAMILY NURSE PRACTISTONER. BUT A QUALIFIED MEDICAL DOCTOR BY STATURE. TO PROVIDE ADEQUATE MEDICAL TREATMENT AS WELL AS TO PROPERLY DIAGNOSE ANY MEDICAL INJURY. ILLNESS OR CONCERN ADEQUATELY AND PROFICIENTLY AS REQUIRED TO UPHOLD THAT STATUS AS M.D. TO WHICH CORIZON HAS FAILED TO DO. TO MAKE AS ADEQUATE AND PROFESSIONAL HEALTHCARE AND TREATMENT INJURIES THEIR CONTRACT TO THE ARIZONA DEPARTMENT OF CORRECTIONS. IN ASSURING ADEQUATE HEALTHCARE TO ALL INMATES. VIOLATING MY CIVIL RIGHTS TO MEDICAL CARE. AT THE EYMAN COMPLEX-S.U.U.T FACILITY IN FLORENCE.
TO ALLOW A FAMILY NURSE PRACTISHONER (ARLENE MCKAMEY) TO VIOLATE MY CIVIL RIGHT TO MEDICAL CARE. (CONT. TO PG. 3A-2)

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I NOW SUFFER DUE TO CORIZON. A PHYSICAL DISABILITY OF MOBILITY OF MOVEMENT TO MY LEFT SHOULDER. PHYSICAL EXCRUCIATING PAIN 24 HRS. A DAY. CAUSING ME SEVERE MENTAL DISTRESS ANGUISH, ANXIETY, SLEEP DEPREVATION DUE TO THE EXCRUCIATING PAIN I HAVE NON-STOP TO MY INJURY . (CONT. TO PG. 3A-4)

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes  ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ ( SEE PAGE 3A-5 ) _____

# D. CAUSE OF ACTION
## COUNT II
## DEF: CORIZON H.C.P.

STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS
VIOLATED:

(CONT. FROM PG 3)

VIOLATIONS UNDER THE 14TH CONSTITUTIONAL AMENDMENT TO THE UNITED
STATES CONSTITUTION.

(3A-1)

# ARIZONA DEPARTMENT OF CORRECTIONS



1601 W. JEFFERSON
PHOENIX, ARIZONA 85007
**(602) 542-3133**
www.azcorrections.gov



**JANICE K. BREWER**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

## NEWS RELEASE
**For Immediate Release**

For more information contact
**Bill Lamoreaux**
blamoreaux@azcorrections.gov

January 30, 2013

## ADC transitions health care services to Corizon

Phoenix, Az - The Arizona Department of Corrections ("ADC") has reached an agreement with its current medical services contractor, Wexford Health Sources, Inc ("Wexford") to terminate the contract. As a result of both parties encountering unforeseeable challenges, Wexford asked that ADC agree to a mutual termination of th contract. The parties regret that a long term relationship did not materialize in Arizona.

Here is a summary of the concerns by ADC and Wexford that led to the agreement t terminate the contract. ADC expressed a number of concerns about Wexford' performance, including those summarized in a formal cure letter and a request fc adequate assurances of performance dated September 21, 2012. Wexford disagrees wit the ADC allegations. Wexford believes that its contract performance was hindered by th ADC contract monitors and a lack of cooperation from ADC. Wexford also believes the the ADC failed to disclose certain material items during the procurement process, as we as hindered Wexford's ability to hire certain qualified employees who were previousl engaged in ADC's delivery of medical services to the inmates prior to the curren contract. ADC does not concur with Wexford's concerns.

Both parties are committed to ensuring health care needs are met during a brief transitio period. Wexford has agreed to continue to perform its existing contractual obligation and is working with ADC to transition existing services to the new contractor.

The Arizona Department of Corrections has subsequently reached an agreement wit Corizon, Inc. to immediately transition into the health care provider for all state-ru prison facilities. Corizon will fully assume these responsibilities on March 4, 2013.



# D. CAUSE OF ACTION
## COUNT I
## DEF: CORIZON-H.C.P.

## 3. SUPPORTING FACTS:

(CONT. FROM PG. 3)

TO AN INJURY I HAVE TO MY LEFT SHOULDER, AND TO LEAVE ME TO SUFFER SERIOUS EXCRUCIATING PAIN TO THAT INJURED SHOULDER 24 HOURS A DAY WITH OUT ANYTHING FOR PAIN AT ALL! AND TO MIS-DIAGNOSE MY INJURY ONLY THRU AN X-RAY. AND THAT FAILED TO HAVE AN M.R.I. DONE OF THAT INJURY. TO BE ABLE TO DIAGNOSE THRU THAT M.R.I. THE EXTENT OF INTERNAL DAMAGE TO THAT INJURY BEFORE SENDING ME TO A PHYSICAL THERAPIST FOR PHYSICAL THERAPY TO THAT INJURY. WITHOUT THE EXPERT DIAGNOSIS FROM A NEUROLOGIST TO THAT M.R.I. TO DETERMIN FROM A NEUROLOGISTS EXPERT OPINION AND DIAGNOS IS THRU THAT M.R.I. THAT IT WAS IN FACT SAFE AND TO ASSURE THAT NO FURTHER DAMAGE COULD BE CAUSED BY SENDING ME TO PHYSICAL THERAPY FOR PHYSICAL THERAPY TREATMENT TO THAT INJURY. OR THAT SURGERY TO THAT INJURY WAS NOT REQUIRED WAS NEVER DONE BY NURSE MCKINLEY. BUT FAMILY NURSE PRACTITIONER ARLENE A. O'KANEY. FAILED TO DO SO! CA USING ME THRU HER SENDING ME TO PHYSICAL THERAPY. MORE SERIOUS EXCRUCIATING PAIN TO MY SHOULDER AND ARM. RESTRICTING MY MOBILITY OF USE OF THAT LEFT SHOULDER AND ARM. AFTER GOING TO THE PHYSICAL THERAPIST FOR PHYSICAL THERAPY. TO WHICH DURING THAT THERAPY I HAD TO TELL THE THERAPIST I HAD TO STOP THE MOVEMENTS WITH MY SHOULDER SHE HAD ME DOING. BECAUSE MY SHOULDER HURT EXCRUCIATINGLY BAD BECAUSE OF IT. NOW LEAVING ME BASICALLY SERIOUSLY MORE INJURED AND DISABLED WITH MY SHOULDER THAN I EVER WAS BEFORE! I HAD TO

(3A-2)

(CONT. TO PG. 3A-3)

# D. CAUSE OF ACTION
## COUNT I
### DEF: CORIZON-H.C.P.

(CONT. FROM PG. 3A-2)

PHYSICAL THERAPHY, CONSTITUTING NOT ONLY A MIS-DIAGNOSIS TO THAT INJURY BY NURSE MCKANEY, TO SEND ME TO THERAPHY FOR THAT INJURY BUT TO CONSTITUTE A NEW MEDICAL ABUSE, MEDICAL NEGLECT AND MEDICAL MALPRACTICE, WHICH CON STITUTES TO CRUEL AND UNUSUAL PUNISHMENT BY CORIZON TO ALLOW NURSE MCKANEY, TO VIOLATE MY CIVIL CONSTITUTIONAL RIGHTS TO ADEQUATE MEDICAL CARE AND TO ALLOW THIS TYPE OF MEDICAL ABUSE, MEDICAL NEGLECT AND MEDICAL MALPRACTICE, COMMITTING CRUEL AND UNUSUAL PUNISHMENT, TO BE INF LICTED UPON ME, VIOLATING THEIR CONTRACT TO D.O.C. TO ADEQUATE MEDICAL CARE. BY ONE OF CORIZONS STAFF MEMBERS WHO'S NOT EVEN A QUALIFIED MEDICAL DOCTOR. REPRESENTING THE CORIZON HEALTH CARE PRO VIDERS. HEALTH UNIT FACILITY AT THE EYMAN COMPLEX IS MUI. I IN FLU ENCE. TO ALLOW NURSE MCKANEY TO MIS-DIAGNOSE, BUT TO MIS-TREAT MY INJURY, NOT FOLLOWING MEDICAL PROCEEDURE TO AN ADEQUATE TREATMENT PLAN TO PAIN MANAGEMENT TO MY INJURY AND TO AN ADE- QUATE AND PROPER DIAGNOSIS TO MY INJURY BY A NEUROLOGIST, TO ASS URE THAT HER DIAGNOSIS WAS IN FACT A SAFE TREATMENT PLAN TO PHYSICAL THERAPHY, THAT WAS NOT DONE. WHICH VIOLATED MY CONSTITUTIONAL CIVIL RIGHTS TO MEDICAL CARE BY FAMILY NURSE PRACTISHONER UNDER CORIZONS AUTHOR ITY. MS ARLENE MCKANEY. MAKING THE CORIZON HEALTH CARE PRO- VIDERS EQUALLY RESPONSIBLE AS NURSE MCKANEY, TO VIOLATE MY CONSTIT UTIONAL CIVIL RIGHTS TO MEDICAL CARE.
CORIZON HEALTH CARE PROVIDERS, ACTED UNDER THE COLOR OF STATE LAW
(3A-3)

# D. CAUSE OF ACTION
## COUNT I
### DEF: CORIZON-H.C.P.

(CONT. FROM PG. 3)

## 4. INJURY:

EMOTIONAL STRESS TO MY P.T.S.D. DISORDER. BURING AND NUMBNESS TO MY INT-
URY THAT RADIATES DOWN MY LEFT ARM AND TO THE LEFT SIDE OF MY CHEST 24 HRS. A DAY.
MIGRAINE HEADACHES, STIFF NECK

CORIZON HEALTHCARE PROVIDERS, ACTED UNDER THE COLOR OF STATE LAW.

(31-4)

# 5. ADMINISTRATIVE REMEDIES:

RESPECTFULLY, AT THIS TIME, PLAINTIFF GUILLERMO COONEY #37364. WANTS TO EXTEND HIS MOST SINCERE APOLOGIES TO THIS COURT, FOR THE NON-COMPLE-TION TO FULLY EXHAUST THE GRIEVANCE PROCESS FOR HIS COMPLAINT, AGAINST CORIZON., FOR THE FOLLOWING REASONS.

THAT SINCE JUNE 12, 2014, THAT THE PLAINTIFF GUILLERMO COONEY #37364 STARTED ON HIS CIVIL RIGHTS' COMPLAINT BY A PRISONER, AGAINST CORIZON., THE HEAL-THCARE PROVIDERS, BY CONTRACT FOR THE ARIZONA DEPARTMENT OF CORRECTIONS. D.O.C. POLICY REQUIRES BEFORE FILING A GRIEVANCE. THAT AN INFORMAL RESOLUTION COMP-LAINT FORM BE DONE FIRST AND SUBMITTED TO OUR C.O. III's (WHO BASICALLY IS A GUARD TURNED OR ACTING AS A COUNSELOR, TO OUR NEEDS OR COMPLAINTS) C.O. III CONDREY. WHO IS MY CO III BY D.O.C. POLICY AFTER RECIEVING MY INFOR-MAL INFORMAL RESOLUTION COMPLAINT. IS THEN REQUIRED, IF ITS A MEDICAL ISSUE. TO THEN FORWARD THAT COMPLAINT TO THE MEDICAL UNITS, NURSING SU-PERVISOR FOR RESOLUTION TO THAT COMPLAINT FORMALLY. BUT THAT NEVER HAP-ENED SINCE JUNE 12 2014. BECAUSE THE FIRST INFORMAL I FILED TO C.O. III CONDREY. IN JUNE. SUSPICIOUSLY JUST DISAPPEARED, AGAINST CORIZON HEALTHCARE PROVIDERS.

ON AUGUST 24 2014 THE PLAINTIFF THEN FILED ANOTHER INFORMAL RESOLUTION COMPLAINT, TO CO III CONDREY. (SEE PROOF, THAT I'VE SUBMITTED ON PAGE 3A-1) SINCE AUGUST 24 2014. THAT I FILED 2 MORE INFORMALS TO C.O. III CONDREY. TO FORWARD TO THE MEDICAL SUPERVISOR FOR PROCCESS IT WASN'T UNTIL SEPTEMBER THAT C.O. III CONDREY ADMITS THAT HE BARELY FORWARDED MY COMPLAINTS TO THE MEDICAL SUPERVISOR (AFHA) C.O. III CONDREY STATES FOR ME TO WAIT AN ADDITIONAL 15 WORKING DAYS. FOR A RESPONSE. IN RESOLVING MY COMPLAINTS. AGAIN!! AS IN JUNE. NO RESP-ONSE. FROM EITHER THE MEDICAL SUPERVISOR OR C.O. III CONDREY. TO NOT ON-LY VIOLATE MY TIME FRAMES TO D.O.C. POLICY AND TO BE ABLE TO COMPLETE A PRO-

( 3A-5 )                                    ( CONT. TO PG. 3A-6 )

CESS FOR THE COURT. I NEVER EVEN HEARD ANYTHING BACK FROM C.O. III CONDREY. TO EXPLAIN WHY? PURELY, AN ATTEMPT BY BOTH THE MEDICAL SUPERVISOR AND C.O. III CONDREY. TO EVADE THE PROCESS TO VIOLATING TIME FRAMES AND TO AVOID AN INVESTIGATION TO MY CLAIMS AGAINST CORIZON. TO NOT ALLOW ME TO EXHAUST THE GRIEVANCE PROCESS, FOR COURT PURPOSES, TO MY COMPLAINT AGAINST CORIZON. AS IF TO PROTECT CORIZON AND TO COVER UP THE WRONG DOING BY CORIZON AS HEALTH CARE PROVIDERS. TO ADEQUATE HEALTHCARE, FROM A LAW SUIT. TO VIOLATE MY CIVIL RIGHTS TO PROPER AND ADEQUATE, MEDICAL CARE. TO DATE, OCTOBER 22, 2014.

THEREFORE, THE PLAINTIFF RESPECTFULLY, SUBMITS TO THIS COURT THIS EVIDENCE ON PAGE 3A-1. IN THAT THE GRIEVANCE PROCESS TO THE PLAINTIFF WAS IN FACT HINDERED. AN ACT OF DECEIT AND AN EVIL ATTEMP BY BOTH THE MEDICAL SUPERVISOR AND C.O. III CONDREY TO PROTECT THE INTEREST OF CORIZON. FROM THEIR WRONG DOING, TO A LAWSUIT. TO NOT ALLOW THE PLAINTIFF TO FULLY EXHAUST THE GRIEVANCE PROCESS FOR THE COURT. AGAIN!! MY MOST SINCERE APOLOGIES TO THIS COURT.

I GUILLERMO COONEY #37364. DECLARE UNDER PENALTY OF PERJURY. THAT THE FOREGOING IS TRUE AND CORRECT.


DATE: OCTOBER 22ND 2014        Guillermo Cooney #37364
                                    SIGNATURE

(3A2G)

# LEGAL CLAIMS
## COUNT I
### DEF: CORIZON - H.C.P.

DUE TO THE MIS-DIAGNOSIS TO A SHOULDER INJURY, WITHOUT A M.R.I. OR THE RESULTS TO A M.R.I. OR AN ADEQUATE DIAGNOSIS BY A NEUROLOGIST TO THE M.R.I. AND TO THAT INJURY AND TO BE LEFT TO SUFFER SEVERE EXCRUCIATING PAIN TO THAT SHOULDER INJURY 24 HOURS A DAY, WITH NOTHING FOR THE PAIN AT ALL, VIOLATED GUILLERMO COONEY #37364 RIGHTS AND CONSTITUTED MEDICAL ABUSE, MEDICAL NEGLECT, MEDICAL MALPRACTICE, A VIOLATION UNDER THE 8TH CONSTITUTIONAL AMENDMENT AND CRUEL AND UNUSUAL PUNISHMENT, A DUE PROCESS VIOLATION UNDER THE 14TH CONSTITUTIONAL AMENDMENT TO THE UNITED STATES CONSTITUTION.

THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DISCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPAIRABLE INJURED BY THE CONDUCT OF THE DEFENDAN UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF, WHICH PLAINTIFF SEEKS.

CORIZON HEALTH CARE PROVIDERS, ACTED UNDER THE COLOR OF STATE LAW.

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?  ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?  ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?  ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

RESPECTFULLY THE PLAINTIFF GUILLERMO COONEY #37364 IS SEEKING FROM THE DEFENDANT CORIZON-H.C.P. IN COUNT I OF THIS COMPLAINT. RELIEF TO THIS COMPLAINT AGAINST THE DEFENDANT CORIZON-H.C.P. OF COUNT I IN THIS COMPLAINT. WHO IS RESPONSABLE FOR VIOLATING THE PLAINTIFFS 8TH & 14TH CONSTITUTIONAL CIVIL RIGHTS TO ADEQUATE MEDICAL CARE CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT. AS AN INMATE OF THE ARIZONA DEPARTMENT OF CORRECTIONS AT A.S.P.C.: EYMAN-S.M.U. I IN DAMAGES AS FOLLOWS PUNITIVE DAMAGES: $3,000,000.00 DOLLARS COMPENSATORY DAMAGES: $250,000.00 DOLLARS        (CONT. TO PG. 6A-1)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/2/14_____
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# E. REQUEST FOR RELIEF
## COUNT 1
### DEF: CORIZON-H.C.P.

(CONT. FROM PG. 6)

STATE THE RELIEF YOU ARE SEEKING:

MONETARY DAMAGES: $250,000.00 DOLLARS

PLAINTIFF ALSO SEEKS THAT THE DEFENDANT (CORIZON-H.C.P.) PAY ALL THE PLAINTIFFS COURT COSTS AND FEES AND ALL ATTORNIES COSTS AND FEES FOR THE PLAINTIFF.

THEREFORE & THIS CLAIM IS TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

EXECUTED ON: 9/2/14

SIGNATURE OF PLAINTIFF

(6A-1)